

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00333-CR

Ray Tomas **RODRIGUEZ ORTIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR6676
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 27, 2025.

_____
Lori Massey Brissette, Justice